UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AQUAVITA INTERNATIONAL S.A.         :

                Plaintiff,        :

- against -        :

STX PANOCEAN CO., LTD.        :

                Defendant.        :
-----------------------------------------------------------X

**08 CV 00153**

07 CV _____
ECF CASE



## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: January 8, 2008
       New York, NY

                                  The Plaintiff,
                                  AQUAVITA INTERNATIONAL S.A.

                                  By: _____
                                  Claurisse Campanale-Orozco (CC 3581)
                                  Thomas L. Tisdale (TT 5263)
                                  TISDALE LAW OFFICES, LLC
                                  11 West 42nd Street, Suite 900
                                  New York, NY 10036
                                  (212) 354-0025 – phone
                                  (212) 869-0067 – fax
                                  corozco@tisdale-law.com
                                  ttisdale@tisdale-law.com