UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AQUAVITA INTERNATIONAL S.A.

            Plaintiff,

- against -

            08 Civ. 153 (HB)
            ECF CASE

STX PANOCEAN CO., LTD.,

            Defendant.
------------------------------------------------------------X

### ORDER OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from any Defendants that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a). The attachment is hereby vacated and the garnishees are directed to release any funds that they may have secured.

[handwritten: Assuming no communication by the Π since at least 1/15/08]

Dated: New York, NY
~~January 15, 2008~~ February 25, 08

The Plaintiff,
AQUAVITA INTERNATIONAL S.A.

By: _____
Claurisse Campanale Orozco (CC 5581)
TISDALE LAW OFFICES LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 – phone
(212) 869-0067 – fax
corozco@tisdale-law.com

_____
U.S.D.J.